MATINNECOCK COURT CITIZENS ADVISORY COMMITTEE
David A. Scro, Chair
48 South Service Road, Suite 100
Melville, N.Y. 11747
(631) 753-4600

August 8, 2005

Town of Huntington
100 Main Street
Huntington, N.Y. 11743-6990
ATT: Supervisor Frank P. Petrone

RE:   Matinnecock Court Development

Dear Hon. Frank P. Petrone;

    This letter is to advise you on the status of the Citizens Advisory Committee which was formed as per the Stipulation of Settlement and Consent Decree "so ordered" by Judge Korman on October 11, 2000 in connection with captioned matter.

    The purpose of the Committee is to advise and assist Housing Help, Inc. with respect to issues pertaining to the design, layout, use and landscaping of the development during the planning, design, construction and operation of the development. The committee consists of three members appointed by the Board of Directors of Housing Help, Inc., three members appointed by the Huntington Town Board from the community at large and the seventh member approved by both Housing Help, Inc. and the Town.

    The committee has been meeting regularly since the confirmation of its appointments on or about February, 2003. We have forwarded our written recommendations to Housing Help, Inc. and have met with Gary Cannella, the architect for Housing Help, Inc. and Robert Manniello from Land Design Associates Consulting Group, Inc., who is the site planner, to discuss our comments. Both firms are hired and retained by Housing Help, Inc. and under their direction and control.

    Attached hereto is a summary and list of comments from the Committee and the response from Housing Help, Inc. and it's consultants with respect to the proposed Floors Plans and Site plans for your information and review. We were told by Housing Help Inc. that most of our comments would be addressed during the SEQRA process along with all the other Town and governmental agencies and involved parties.

    One of the reasons for this letter is to make you aware of our concerns and to make sure that this Committee has the opportunity to fully express its comments and recommendations during the site plan and SEQRA process including all scheduled public hearings. This is important in light of our legal standing and balanced representation on the committee and the hard work and research done to date.

Page two
Matinnecock Court Citizens Advisory Committee.

The Committee wants to ensure that this development will be successful and serve as a model for other affordable communities.

A brief summary of our concerns are as follows:

1. LIVABILITY ISSUES WHICH WILL BE RAISED BY FUTURE RESIDENTS LIVING IN THIS COMMUNITY

Every unit will have families living on one or both sides, and either BELOW or ABOVE them as well. (The units are stacked one over the other) Besides the noise issue of having families living above each other, the overall sizes of the units are materially smaller than those of comparable affordable units built on Long Island in recent years. This is particularly true for the three (3) and four (4) bedroom units. (See comparison chart) Bedrooms under 100 sq. ft. are less than desirable especially considering the minimal closet space, storage space or living space elsewhere in unit. Upstairs units will have NO back yards and there is little outside space available for lower units. Storage space both inside and outside are totally inadequate for basic family life essentials such as seasonal storage, toys, bikes, etc. Future families living in these units will pile large items onto their decks and patios, leaving stuff outside their doors and on common areas throughout the community. The size of the units create disturbing situations such as storage in the same closets as hot water heaters and storage of items inappropriately in attic and stairways with possible tragic results. In addition, the existing layout of the site plan precludes numerous units from having sufficient and convenient access to parking areas. The Committee feels that there are serious quality of life issues which, if not dealt with in the design, will create neighbor relationships conflicts with little opportunity for recourse once the future homeowner/resident moves into the community.

2. LACK OF EXPERIENCE THAT HOUSING HELP HAS WITH BUILDING AND DESIGNING MULTIFAMILY HOUSING COMMUNITIES

This letter has been authorized and agreed upon by the Matinnecock Court Citizens Advisory Committee.

Very Truly Yours,

David A. Scro, Chair

cc: All Huntington Town Councilmen and Councilwomen Lawyers for Town of Huntington and Housing Help Inc.